**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| BIG WILL ENTERPRISES INC., | |
| Plaintiff, | Civil Action File No.: 4:25-cv-03961 |
| v. | |
| GEOMETRIS LP, | **JURY TRIAL DEMANDED** |
| Defendant. | |

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff Big Will Enterprises Inc. ("BWE" or "Plaintiff") in British Columbia, by and through their undersigned attorneys, files this original Complaint against Geometris LP ("Geometris" or "Defendant") and alleges, based on its own knowledge with respect to itself and its own actions and based on information and belief as to all other matters, as follows:

### INTRODUCTION

**1.**

This is an action for patent infringement arising under the patent laws of the United States, Title 35, United States Code to enjoin infringement and obtain damages from Defendant's unauthorized manufacture, use, sale, offer to sell, and/or importation into the United States for the subsequent use or sale of products or methods that infringe one or more claims of United States Patents:  9,049,558 ("the '558 Patent"); 8,737,951 ("the '951 Patent"); 8,559,914 ("the '914 Patent"); and 8,452,273 ("the '273 Patent").  Copies of the '558 Patent, the '951 Patent, the '914 Patent and the '273 Patent are attached as Exhibits 1-4.

**2.**

BWE is an innovative company in the field of sensor technology for determining human activities for health, safety and other uses.  BWE's sensor-based technologies go beyond determining simple human locations and offer smartphone users (and other communication-based devices) a personal surveillance system based on their activities.  The technologies monitor sensors such as the accelerometer, the gyroscope and others for uniquely identifying human activities; the motion activities can include, for example, but not limited to, standing/stationary, walking, running, driving, skiing, sleeping, snoring, hiking, skateboarding, sky diving, bicycling, unicycling, golfing, falling down, swimming, riding a ski lift, a motor vehicle, a motorcycle, an airplane, a train, or a water vessel, accelerating or decelerating in a motor vehicle, motorcycle, train, airplane, or water vessel, vibrating, propagating through a medium, rotating, riding in a wheelchair, and other human movements, where capturing data and/or providing feedback is desired.  BWE has created proprietary technologies in this field of technology since at least 2007 for, among other benefits, the increased health, safety, and wellbeing of its users.  BWE's patented technology was developed for use on a wide variety of devices, including smartphones, smartwatches, and other communication and sensor-based devices in use on many popular products in the market today.  In addition to licensing, BWE has incorporated its patented technology in its own test platforms for determining human activities, motions within activities, accidents and falls, among others.

**3.**

A primary inventive concept is method by which a particular human movement can be identified, when the sensors, in this case, those in a mobile phone, have no fixed orientation with respect to the human.  A smart phone may be in a user's pocket, purse or backpack, for example

and in no particular orientation.  U.S. 8,452,273 cols. 1-3.  Prior to the '273 Patent, there was no effective answer for this problem.  BWE's sensor monitoring, processing and communication technology is covered by the claims of the '558, '951, '914, and the '273 Patents asserted in this action, as well as other BWE patents.

## JURISDICTION AND VENUE

### 4.

BWE is a British Columbia company, incorporated in Canada having its principal place of business at 4573 West 1st Avenue, Vancouver, British Columbia V6R 1H7, Canada.

### 5.

Upon information and belief, Defendant Geometris LP is a limited partnership organized under the laws Texas, having its headquarters at 10010 Houston Oaks Dr, Houston, Texas 77064. Geometris may be served this Complaint by service upon its registered agent Desai Manish at 16125 Timber Creek Place Lane, Suite 100, Houston, Texas 77084.

### 6.

This is an action for infringement of a United States patent arising under 35 U.S.C. §§ 271, 281, and 284-285, among others.  This Court has subject matter jurisdiction over all causes of action set forth herein pursuant to 28 U.S.C. §§ 1331 and 1338(a) because this action arises under the patent laws of the United States, 35 U.S.C. §§ 1 *et seq.*

### 7.

Upon information and belief, Defendant is subject to this Court's specific and general personal jurisdiction pursuant to due process and/or the Texas Long Arm Statute, due at least to Defendant's substantial business in this State and judicial district, including: (i) at least a portion of the infringements alleged herein; and/or (ii) regularly doing or soliciting business, engaging in

other persistent courses of conduct, and/or deriving substantial revenue from goods and services provided to individuals in Texas and in this district.

**8.**

On information and belief, Defendant's products and services are offered for sale and sold to customers residing in this State and District. Defendant's products are manufactured in this State and District. Defendants also provide an online presence under the name geometris.com which is available to customers and prospective customers within this State and District. As a result of Defendant's business activities in this State and District, on information and belief, Defendants have had continuous and systematic contacts with this State and District.

**9.**

Venue is proper in this judicial district and division pursuant to 28 U.S.C. §§1391(b) and (c) and 1400(b) in that, upon information and belief, Defendant operates its headquarters at 10010 Houston Oaks Dr, Houston, Texas 77064. Defendant routinely does business within this district, Defendant has committed acts of infringement within this district, and Defendant continues to commit acts of infringement within this district.

## ALLEGATIONS COMMON TO ALL COUNTS

**10.**

Plaintiff ("BWE") owns all right, title, interest in, and has standing to sue for infringement the following patents: United States Patent No. 9,049,558, entitled "Systems and methods for determining mobile thing motion activity (MTMA) using sensor data of wireless communication device (WCD) and initiating activity-based actions," issued on June 02, 2015; United States Patent No. 8,737,951, entitled "Interactive personal surveillance and security (IPSS) systems and methods," issued on May 27, 2014; United States Patent No. 8,559,914 entitled "Interactive personal surveillance and security (IPSS) systems and methods," issued on October 15, 2013; and

United States Patent No. 8,452,273, entitled "Systems and methods for determining mobile thing motion activity (MTMA) using accelerometer of wireless communication device," issued May 28, 2013.

**11.**

BWE is a global leader and innovator in the field of sensor technology for determining human activities for health, safety and other uses. These proprietary technologies and innovations were being developed since 2007 for the increased health, safety and wellbeing of its users. BWE patented technology was developed for use on a wide variety of devices, including smartphones and wearables and are in use on many popular products in the market today. In addition to licensing, BWE has incorporated its patented technology in its own test platforms for determining human activities, motions within activities, accidents and falls, among others.

**12.**

BWE's sensor based technologies go beyond determining human locations by uniquely identifying human activities for automatically monitoring and tracking movements, such as sleep, stationary, walking, running, cycling, falling down, rotating and other human movements where capturing data and/or providing feedback is desired.

**13.**

BWE's sensor monitoring, processing and communication technologies are covered by the claims of the '558 Patent, the '951 Patent, the '914 Patent and the '273 Patents which are asserted in this action, as well as other BWE patents.

**14.**

Defendant is a technology company in the business of designing, manufacturing, and supplying vehicle geo-fencing and asset tracking solutions. In particular, Defendant designed,

manufactured, used, sold, and offered for sale, and is manufacturing, using, selling, and offering for sale Geometris whereQube OBD II trackers, which infringe one or more claims of the '558, '951, '914 and '273 Patents in this suit.

**15.**

The Geometris whereQube OBD II tracker uses wireless communication devices (WCDs), to enhance the driver safety. These devices, equipped with memory, processors, and co-processors, play a crucial role in evaluating and reporting multiple facets of driving behavior, including fast accelerations, hard braking and aggressive cornering (steering), accidents and distracted driving. By monitoring accelerometer and gyroscope data, user behaviors while driving can be analyzed, determined and reported.



| Description | Additional information | Brand | Technical Specification |
|---|---|---|---|

## Wireless Engine Diagnostics in a small footprint

The whereQube OBD is a ground breaking evolution in telematics applications.

It delivers the capability to monitor and act upon engine diagnostics information in real time in addition to a robust set of vehicle tracking features.

Using industry standard CAN bus protocols, the whereQube OBD can be quickly and safely installed on a variety of vehicles.

OBD can connect to any Bluetooth enabled Device.

### Key features

Wireless Engine Diagnostics can be utilized to implement:

- Proactive vehicle maintenance
- Fuel efficiency monitoring
- Driver behavior detection
- OBD, J1939 & J1708 (Or Secondary CAN)
- Buzzer Alarm

The Geometris whereQube is an in-vehicle installed telematics unit that is designed to provide a wide range of in-vehicle functions. The whereQube supports a variety of reporting intervals and power conservation profiles that are simple to use. Vehicle journey reports based on time, distance, and direction of travel can be easily created from the information reported by the whereQube. Additionally, all vehicle starts and stops, loss of GPS, low battery, and input state changes can be reported.



**SIMCard / Interface / IO**

Internal 3V SIM (Form Factor 4FF)
OBD Connector
J1939, CAN, OBD II

**whereQube OBD**
LTE Cat.1 Fallback Vehicle Tracking



https://www.arpaway.com/product/whereqube-obdcat-1/

https://www.geometris.com/product-sheets/88series.pdf

https://www.geometris.com/product-sheets/87series.pdf

https://www.geometris.com/product-sheets/96series.pdf

https://www.geometris.com/product-sheets/95series.pdf

## COUNT I

## DIRECT INFRINGEMENT OF THE '558 PATENT

### 16.

Plaintiff incorporates by reference the allegations of Paragraphs 1-15.

### 17.

Defendant has directly infringed and continues to directly infringe at least one or more claims of the '558 Patent, through, among other activities, making, using, selling, and offering to sell the Geometris whereQube OBD II tracker system, which includes automatic programs for monitoring human activities while driving.

### 18.

Independent Claim 1 of the '558 Patent, shown in italics, recites:

> *1. A method, comprising: receiving a time value and at least three streams of data sample values from one or more sensors of a wireless communication device (WCD) that is transported by a mobile thing (MT),*

> *each data sample value indicative of movement of the WCD at a corresponding time value;*

Geometris whereQube OBD II trackers feature advanced computing technology including GPS, cellular, and accelerometers that detect 3D accelerations on *x*, *y*, *z* axes, which determine driving and driving behaviors. Analyzing accelerometer data allows for the identification of driver behaviors such as hard braking, hard accelerations, cornering, accidents, and other events.

> *recognizing a particular set of data sample values as a reference for defining an orientation of the WCD in a coordinate system;*

Geometris whereQube OBD II trackers collect a wide range of accelerometer data sample values. These updates are delivered in a structured data object format, which contains detailed information about the device's accelerations, including gravity ($g \approx 9.81$ m/s²). The gravity data is then processed to determine a direction and or influences to axis data, and to make accurate movement calculations. Devices can be mounted in any orientation, and they will auto-orient themselves to determine their position. Each time they're powered, the device self-calibrates continuously, improving its orientation accuracy with harsh driving detection and accident detection.

> *computing reference data based upon the recognition of the particular set, the reference data defining a relationship between each set of subsequent non-reference data sample values and the particular reference set of data sample values in the coordinate system;*

Geometris whereQube OBD II trackers depend on data sample values collected from the accelerometers. The accelerometer sends updates to a listening code, which prompts the to take action. These updates contain device acceleration information, including gravity ($g \approx 9.81$ m/s^2), or corrected accelerometer data. The reference data is determined by whether or not gravitational ($g \approx 9.81$ m/s^2) accelerations are included. Ensuring accurate and up-to-date accelerometer data is crucial for Geometris' telematics services to deliver optimal performance in identifying driver

behaviors. It is essential for maintaining precise measurements and real-time calculations, enhancing the overall user experience.

> *calculating movement data in the coordinate system of one or more other non-reference data sample values based upon the reference data; and*

Geometris whereQube OBD II trackers continually monitor for driver behaviors, calculating real-time movement accelerations across the *x*, *y*, and *z* axes of accelerometer data. These computations are executed within concise time periods, forming dynamic data blocks that provide critical insights into driver performance.

> *determining a mobile thing motion activity (MTMA) associated with the MT based upon the movement data.*

Geometris whereQube OBD II trackers determine human driving, identifying instances of unsafe braking, unnecessary acceleration, cornering, and accidents for enhancing safety and performance.

**19.**

Claim 13 of the '558 Patent, for example, recites:

> *13. The method of claim 1, wherein one or more of the steps of the method is implemented in the WCD, in a computer system that is remote to the WCD, or in a combination of both.*

Geometris engages in the promotion and sale of driver behavior tracking systems encompassing computing devices equipped with accelerometers and other sensors that communicate and or connect to other devices. Devices can be linked within Geometris packages to Android and IOS applications, fleet management software including web applications, and backend servers/services. One or more of these systems may be part of the telematics technologies and services as described in Claim 1.

**20.**

Independent Claim 17 of the '558 Patent, shown in italics, recites:

> 17. A method, comprising: receiving first and second data from one or more sensors associated with a wireless communication device (WCD) transported by a mobile thing (MT), the first and second data indicative of movement of the WCD;

Geometris whereQube OBD II trackers feature advanced computing technology including GPS, cellular, and accelerometers that detect 3D accelerations on $x$, $y$, $z$ axes, which determine driving and driving behaviors.  Analyzing accelerometer data allows for the identification of driver behaviors such as hard braking, hard accelerations, cornering, accidents, and other events.

Claim 17 continues:

> determining reference data that defines a reference framework from the first data;

The Geometris whereQube trackers collect a wide range of accelerometer data sample values from devices.  These updates are delivered in a structured data-object format, which contains detailed information about the device's accelerations, including gravity ($g \approx 9.81$ m/s²).  This first data determines at least the gravity's influences, so one or more subsequent data comparisons are void of non-device movements.

> normalizing the second data with the reference data so that the second data can be analyzed in the reference framework; and

The Geometris whereQube trackers ensure accurate comparisons by creating reference data that neutralized the influences of gravity.  This crucial step enables precise data analysis and evaluation of device movement data only.

> identifying a mobile thing motion activity (MTMA) associated with the MT based upon the normalized second data.

The Geometris whereQube trackers compare the reference data that omits gravity ($g \approx 9.81$ m/s²) data, the accelerometer data in the Geometris's devices can accurately determine driving behaviors and accidents.

**21.**

Claim 25 of the '558 Patent, for example, recites:

> *25. The method of claim 17, wherein one or more of the steps of the method is implemented in the WCD, in a computer system that is remote to the WCD, or in a combination of both.*

Geometris engages in the manufacture, promotion and sale of driver behavior tracking systems encompassing computing devices equipped with accelerometers and other sensors that communicate and or connect to other devices. Devices can be linked within Geometris packages to Android and IOS applications, fleet management software including web applications, and backend servers/services. One or more of these systems may be part of the telematics technologies and services as described in Claim 17.

**22.**

Independent Claim 27 of the '558 Patent, shown in italics, recites:

> *27. A method for implementation in a wireless communication device (WCD) that is designed to detect a plurality of mobile thing motion activities (MTMAs) associated with a mobile thing (MT), comprising:*

Geometris whereQube OBD II trackers feature advanced computing technology including GPS, cellular, and accelerometers that detect 3D accelerations on $x$, $y$, $z$ axes, which determine driving and driving behaviors. Analyzing accelerometer data allows for the identification of driver behaviors such as hard braking, hard accelerations, cornering, accidents, and other events.

> *receiving a plurality of data sample values from one or more sensors of the WCD that is transported by the MT, the data sample values indicative of movement of the WCD;*

Geometris whereQube devices utilize data from three-axis accelerometers and or three-axis gyroscopes to accurately identify driving events such as hard braking, unnecessary acceleration, cornering and others. This advanced technology continuously monitors the movement of the device via the accelerometer and gyroscope sensors.

> *computing reference data, the reference data defining a relationship between data sample values and a reference framework to enable comparison of data sample values; calculating movement data based upon the reference data and the data sample values; and*

Geometris whereQube devices collect a wide range of accelerometer data sample values. These updates are delivered in a structured data-object format, which contains detailed information about the device's accelerations, including gravity (g ≈ 9.81 m/s²).

> *determining an MTMA associated with the MT based upon the movement data.*

Geometris whereQube devices monitor accelerometer and other sensor data for determining driver behaviors from the movement data.

**23.**

Independent Claim 42 of the '558 Patent, shown in italics, recites:

> *42. A system, comprising: one or more memories designed to store computer program code; one or more processors designed to execute the computer program code; and wherein the computer program code comprises:*

Geometris whereQube OBD II trackers feature advanced computing technology including GPS, cellular, and accelerometers that detect 3D accelerations on *x*, *y*, *z* axe, which determine driving and driving behaviors. Analyzing accelerometer data allows for the identification of driver behaviors such as hard braking, hard accelerations, cornering, accidents, and other events.

> *code to receive first and second data from one or more sensors associated with a wireless communication device (WCD) transported by a mobile thing (MT), the first and second data indicative of movement of the WCD;*

The Geometris whereQube OBD II devices use code for accurately measuring advanced movement with sensor data by identifying gravity (non-movement data) for accurate comparisons. The code allows for the collection of data sample values from the *x*, *y*, and *z* axes of accelerometers and gyroscopes sensors. With predefined timed lengths, the code is measured in at least first and

13

second data samples.  The first set of data includes gravity influences, but the system is able to distinguish non-movement influences (like gravity) and or the positioning of the device in the second set of movement data.

> *code to determine reference data that defines a reference framework from the first data;*

The Geometris whereQube OBD II tracking devices use code to determine a frequency, time length, block, and or data group for the first data.

> *code to normalize the second data with the reference data so that the second data can be analyzed in the reference framework; and*

The Geometris whereQube OBD II tracking device uses code normalizes the second data to the reference data, so the second data my be analyzed in the reference framework.

> *code to identify a mobile thing motion activity (MTMA) associated with the MT based upon the normalized second data.*

The Geometris whereQube OBD II tracking device uses code to identify motion activity, such as determining when a user is driving, hard braking, cornering, and unnecessary acceleration based on comparing the normalized data in the second step.

**24.**

Claim 50 of the '558 Patent, for example, recites:

> *50. The system of claim 42, wherein the system is implemented in the WCD, in a computer system that is remote to the WCD, or in a combination of both.*

Geometris engages in the manufacture, promotion and sale of driver behavior tracking systems encompassing computing devices equipped with accelerometers and other sensors that communicate and or connect to other devices.  Devices can be linked within Geometris packages to Android and IOS applications, fleet management software including web applications, and

backend servers/services. One or more of these systems may be part of the telematics technologies and services as described in Claim 42.

**25.**

Independent Claim 52 of the '558 Patent, shown in italics, recites:

> *52. A system for implementation in a wireless communication device (WCD) that is designed to detect a plurality of mobile thing motion activities (MTMAs) associated with a mobile thing (MT), comprising: one or more memories designed to store computer program code; one or more processors designed to execute the computer program code; and wherein the computer program code comprises:*

Geometris whereQube OBD II trackers feature advanced computing technology including GPS, cellular, and accelerometers that detect 3D accelerations on $x$, $y$, $z$ axes, which determine driving and driving behaviors. Analyzing accelerometer data allows for the identification of driver behaviors such as hard braking, hard accelerations, cornering, accidents, and other events.

Claim 52 continues:

> *code to receive a plurality of data sample values from one or more sensors of the WCD that is transported by the MT, the data sample values indicative of movement of the WCD;*

Geometris whereQube tracking devices monitor driver behavior by receiving updated data from the device sensors; the data is based on the accelerometer, gyroscope, and other sensors that is representative of the movements of the device.

> *code to compute reference data, the reference data defining a relationship between data sample values and a reference framework to enable comparison of data sample values;*

Geometris whereQube tracking devices compute reference data, such as determining when a user is driving, and stopped driving. The device provides accelerometer and gyroscope axis data to process against reference data in a time, frequency and/or size framework.

> *code to calculate movement data based upon the reference data and the data sample values; and*

15

Geometris whereQube tracking devices monitor updated movement data over short time periods and compare it to reference data over extended periods of time.

> *code to determine an MTMA associated with the MT based upon the movement data.*

Geometris whereQube tracking devices determine when driving, and when driving is stopped, driver movements such as unnecessary acceleration, harsh braking, cornering, and idling.

## COUNT II

## DIRECT INFRINGEMENT OF THE '951 PATENT

### 26.

Plaintiff incorporates by reference the allegations of Paragraphs 1-15.

### 27.

Defendant has directly infringed and continues to directly infringe at least one or more claims of the '951 Patent, through, among other activities, making, using, selling, and offering to sell the Geometris whereQube OBD II tracker system, which includes automatic programs for monitoring human activities while driving.

### 28.

Independent Claim 10 of the '951 Patent, shown in italics, recites:

> *10. A wireless communications device (WCD), comprising: one or more memories that store computer program code; and one or more processors that execute the computer program code, the computer program code comprising:*

The Geometris whereQube OBD II tracking devices utilize advanced computing devices capable of processing and executing program code for operating cellular, GPS and 3-maxis accelerometers for motion detection. This technology allows the device to understand its movement, orientation and activities and sometime surroundings with the $x$, $y$ and $z$ axis data of a 3D coordinate system.

> *instructions to produce data from one or more sensors associated with the WCD; instructions to determine a human body physical activity (HBPA) associated with a WCD user based upon the data;*

The Geometris whereQube OBD II tracking devices activate, produce accelerometer data and determine orientation and if the driver is stationary/idling, or driving for determining a driving surveillance mode.

> *instructions to select a mode of operation from a set of modes, based upon the determined HBPA, the set including different modes of operation involving initiation of different investigation processes that capture different types of data; and*

The Geometris whereQube OBD II tracking devices use logic to detect when a user is driving to determine hard braking or fast accelerations.  The logic also determines when accidents occur and captures event data.  When the device is triggered by dangerous driving, it triggers an audible alert to the driver and facilitates the driver to stop or not repeat the driver behavior.

> *instructions to communicate the data to a remote computer system.*

The Geometris whereQube OBD II tracking devices communicate surveillance information such as unsafe driving behaviors to remote servers for logging events and engaging additional actions.

## COUNT III

## DIRECT INFRINGEMENT OF THE '914 PATENT

### 29.

Plaintiff incorporates by reference the allegations of Paragraphs 1-15.

### 30.

Defendant has directly infringed and continues to directly infringe at least one or more claims of the '914 Patent, through, among other activities, making, using, selling, and offering to sell the Geometris whereQube OBD II tracker system, which includes automatic programs for monitoring human activities while driving.

**31.**

Independent Claim 5 of the '914 Patent, shown in italics, recites:

>    *5. A system comprising: at least one computing device; and at least one*
>    *application executable in the at least one computing device, the application*
>    *comprising:*

The Geometris whereQube OBD II tracking devices include built-in 3 axis accelerometer for

motion detection.  This technology allows the device to understand its movement and orientation

with the *x*, *y* and *z* axis data of a 3D coordinate system. The accelerometer data is crucial in

analyzing driving behaviors such as cornering, acceleration, braking intensity, and accident

detection.

>    *logic that determines a user activity and/or user surroundings;*

The Geometris whereQube OBD II tracking devices utilize logical monitoring techniques to assess

the range or likelihood of events in verifying user activities and surroundings through repeated

patterns, frequencies and or spikes.  This enables the identification and confirmation of user

movements.

>    *logic that determines a surveillance mode that corresponds to the user*
>    *activity and/or the user surroundings;*

The Geometris whereQube OBD II tracking devices use logic starting when the vehicles start up,

they use logic to determine when the driver starts driving or is idling, when risky driver behaviors

are determined, and other events such as accidents are reported from types of surveillance modes.

The device sends driving violations to applications and or fleet managers.

>    *logic that facilitates a user-defined response to the user activity and/or the*
>    *user surroundings; and*

The Geometris whereQube OBD II tracking devices use logic to detect when driving aggressively

by cornering, hard braking, fast accelerations, or when accidents occur.  When the device is

triggered by dangerous driving, it triggers an audible alert to the driver and facilitates the driver to

stop or not repeat the driver behavior.  It also sends messages to servers where family members, fleet managers and to the driver's smartphone may see the logged events.  The driver may respond to the driver alert/event notification by contacting the fleet manager or family member.

> *logic that communicates surveillance information to at least one remotely located computer device.*

The Geometris whereQube OBD II tracking devices communicate surveillance information of violations to applications, fleet managers and third parties for collection, logging and/or processing.

### 32.

Independent Claim 15 of the '914 Patent, shown in italics, recites:

> *15. A method comprising the steps of: determining, by a computing device, a user activity and/or user surroundings;*

The Geometris whereQube OBD II tracking devices utilize advanced computing devices that include, cellular, GPS and a built-in 3 axis accelerometer for motion detection.  This technology allows the device to understand its movement, orientation and activities and sometime surroundings with the $x$, $y$ and $z$ axis data of a 3D coordinate system.

> *determining, by the computing device, a surveillance mode that corresponds to the user activity and/or the user surroundings;*

The Geometris whereQube OBD II tracking devices use logic when the devices monitors movements for determining driving surveillance mode by knowing when it starts, idling occurs and ends (start/during/end of routes).  Surveillance modes that capture location, driver's behavior alerts, video if applicable, and the range/amount of acceleration, braking, cornering and pre/post accident data are captured.

> *facilitating, by the computing device, a user-defined response to the user activity and/or the user surroundings; and*

The Geometris whereQube OBD II tracking devices use logic to detect when driving aggressively by cornering, hard braking, fast accelerations, or when accidents occur.  When the device is triggered by dangerous driving, it triggers an audible alert to the driver and facilitates the driver to stop or not repeat the driver behavior.  It also sends messages to servers where family members, fleet managers and to the driver's smartphone may see the logged events.  The driver may respond to the driver alert/event notification by contacting the fleet manager or family member.

> *communicating, by the computing device, surveillance information to at least one remotely located computer device.*

The Geometris whereQube OBD II tracking devices communicate surveillance information such as unsafe driving behaviors to remote servers for logging events and engaging additional actions.

## COUNT IV

## DIRECT INFRINGEMENT OF THE '273 PATENT

### 33.

Plaintiff incorporates by reference the allegations of Paragraphs 1-15.

### 34.

Defendant has directly infringed and continues to directly infringe at least one or more claims of the '273 Patent, through, among other activities, making, using, selling, and offering to sell the Geometris whereQube OBD II tracker system, which includes automatic programs for monitoring human activities while driving.

### 35.

Independent Claim 22 of the '273 Patent, shown in italics, recites:

> *22. A method, comprising: receiving a time value and three streams of data sample values from an accelerometer of a wireless communication device (WCD) that is transported by a mobile thing (MT), each data sample value indicative of an acceleration of the WCD along an axis of a three dimensional (3D) coordinate system at a corresponding time value;*

The Geometris OBD II trackers are adapted to be plugged into OBD II ports of vehicles and include built-in 3-axis accelerometers for motion detection.  The accelerometers are part of an advanced computing device that includes GPS, cellular, enhanced processing, memory, and other sensors to allow the device to process 3D accelerations/movements and determine its own orientation with two or more of the $x$, $y$ and $z$ axis data of a 3D coordinate system with corresponding time values. Claim 22 continues:

> *computing reference data, the reference data defining a relationship between data sample values and a reference framework to enable comparison of 3D sets of data sample values;*

The Geometris OBD II trackers use reference data, such as data that represents accurate identification of driving movements by accelerometer $x$, $y$, and $z$ axis sensor data.  The reference data is created to remove and or identify non-movement activities such as gravity accelerations (that are not part of the device movements) and processed to classifications such as driving, harsh braking, harsh accelerations, harsh cornering, accidents and others over time periods to confirm changes and validate the motion activity for use in the application.  The hardware device provides accelerometer axis data for the mobile device to process against reference data in a time, frequency and or size framework.

> *calculating movement data for each set based upon the reference data; and*

The Geometris OBD II trackers calculate movement data from classifications, objects and or raw accelerometer data (the live data) with the classifications, objects and or thresholds including time, peaks, ranges, frequencies, and/or averages.

> *determining a moving thing motion activity (MTMA) associated with the MT based upon the movement data.*

The Geometris OBD II trackers identify motion activity by normalizing the live data with the reference data over time periods for confirming activity changes over random false positives that occur from -1 sec readings.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for relief that the Court enter judgment in their favor and against the Defendant, granting the following relief:

That the Court enter judgment that one or more claims of the '558 Patent have been infringed either literally and/or under the doctrine of equivalents, by Defendant;

That the Court enter judgment that one or more claims of the'951 Patent have been infringed either literally and/or under the doctrine of equivalents, by Defendant;

That the Court enter judgment that one or more claims of the '914 Patent have been infringed either literally and/or under the doctrine of equivalents, by Defendant;

That the Court enter judgment that one or more claims of the '273 Patent have been infringed either literally and/or under the doctrine of equivalents, by Defendant;

That Defendant be ordered to pay damages adequate to compensate Plaintiff for its acts of infringement, pursuant to 35 U.S.C. § 284;

That Plaintiff be awarded increased damages under 35 U.S.C. § 284 due to Defendant's willful infringement of the '558,'951, '914, and '273 Patents;

That the Court find that this case is exceptional and award Plaintiff reasonable attorneys' fees pursuant to 35 U.S.C. § 285;

That Defendant, its officers, agents, employees, and those acting in privity with it, be preliminarily enjoined from further infringement, contributory infringement, and/or inducing infringement of the patents-in-suit, pursuant to 35 U.S.C. § 283;

That Defendant, its officers, agents, employees, and those acting in privity with it, be permanently enjoined from further infringement, contributory infringement, and/or inducing infringement of the patents-in-suit, pursuant to 35 U.S.C. § 283;

That Defendant be ordered to pay prejudgment and post-judgment interest;

That Defendant be ordered to pay all costs associated with this action; and

That Plaintiff be granted such other and additional relief as the Court deems just, equitable, and proper.

## DEMAND FOR JURY TRIAL

Pursuant to Fed. R. Civ. P. 38(b), Plaintiff demands a jury trial on all issues justiciable by a jury.

Respectfully Submitted,

Dated:  August 20, 2025

/s/ Brett Thomas Cooke

Brett Thomas Cooke
State Bar No. 24055343
brett@eurekaiplaw.com

**Eureka Intellectual Property Law, PLLC**
20507 Tamarron Drive
Humble, TX 77346
Telephone: (832) 287-7039

*Attorney for Plaintiff*